**Order filed September 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00457-CV
_____

## IN THE ESTATE OF JOHN EDWARD MIDDLETON, DECEASED, Appellant

**On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 15-CCV-055869**

# O R D E R

Appellant's brief was due September 1, 2017**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 16, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM